UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-62007-CV-COHN/SELTZER

LAND ROVER,

    Plaintiff,

v.

OZTRALIA, INC., and
SHAYNE YOUNG,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the Court on Defendants [sic] Appeal and Response to Verified Motion to Enforce Consent Judgment and for Contempt Sanctions [DE 39]. The Court construes that filing as a motion for reconsideration ("Motion"). The Court has reviewed the Motion, Plaintiff Land Rover's Response to Defendant Young's Motion for Reconsideration [DE 40] ("Response"), and is otherwise advised in the premises.[1]

In the Motion, "Defendant [Shayne Young] would respectfully request a reversal without prejudice of contempt judgement [sic] and penalties and an enforcement notice to counsel for the Plaintiff to supply recipient details to allow completion of transferring of domain names." Motion at 2. Under Federal Rule of Civil Procedure 59(e) there are "three major grounds which justify reconsideration: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice." Assoc. for Disabled Ams., Inc. v. Amoco Oil Co., 211 F.R.D. 457, 477 (S.D. Fla. 2002). Here, Plaintiff does not cite any intervening

---

[1] Plaintiff has not filed a reply and the time for filing a reply has passed.

change in controlling law, nor does Plaintiff indicate the availability of any new evidence.  Furthermore, despite his protestations, Plaintiff fails to demonstrate any clear error or manifest injustice.  Consequently, Defendant Shayne Young has not shown good cause for the relief sought.  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants [sic] Appeal and Response to Verified Motion to Enforce Consent Judgment and for Contempt Sanctions [DE 39], construed as a motion for reconsideration, is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of June, 2011.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge